USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
CALLVOX, LLC,

                  Plaintiff,    19 Civ. 6300 (VM)

    - against -

LIMECOM INC.,

                  Defendant.
-------------------------------------X

**VICTOR MARRERO, United States District Judge.**

In reviewing the Docket Sheet for this matter, the Court noted that there has been no recorded action or correspondence known to the Court regarding the status of the matter since a notice of change of address filed on August 13, 2019. Accordingly, it is hereby

**ORDERED** that plaintiff is directed to inform the Court by March 27, 2020 of the status of the matter and whether any further litigation with respect to the action is contemplated. In the event the Court receives no response to this Order by the date indicated, the case may be dismissed for lack of prosecution.

**SO ORDERED.**

Dated: NEW YORK, NEW YORK
       25 February 2020

                                               Victor Marrero
                                                 U.S.D.J.