USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CALLVOX, LLC,                    :

                                 :

                 Plaintiff,     :     19 Civ. 6300 (VM)

                                   :

      - against -                :     **ORDER**

                                   :

LIMECOM INC.,                :

                                   :

                 Defendant.    :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

On February 3, 2021, the Court issued an order directing Plaintiff in the above-captioned matter to inform the Court of the status of the matter and its intent with regard to any further proceedings. (Dkt. No. 9.) Plaintiff responded by letter dated March 5, 2021, indicating it had been unable to effectuate service and that it "now plans to move this Court, with 15 days, to permit alternative service on the Defendant." (Dkt. No. 10.) Since then, there has been no record of any proceedings or filings in this matter. Accordingly, it is hereby

**ORDERED** that the above-named Plaintiff update the Court, within thirty (30) days of the date of this Order, concerning the status of this action and their contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:     New York, New York
          1 July 2021

                                      _____
                                          Victor Marrero
                                          U.S.D.J.